IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RANDALL J. KEYSTONE, | ) | |
|     Petitioner, | ) | Civil Action No. 7:15cv00240 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| DIRECTOR VA DOC, | ) | United States District Judge |
|     Respondent. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Keystone's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice and this action shall be STRICKEN from the active docket of the court.

Further, finding that Keystone has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

Entered: January 20, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge