UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 16-6196
(7:15-cv-00240-EKD-RSB)

———————————————

RANDALL J. KEYSTONE

        Petitioner - Appellant

v.

DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS

        Respondent - Appellee

———————————————

O R D E R

———————————————

    The court grants leave to proceed in forma pauperis.  Appellant is advised
that he should file his informal brief and request a courtesy copy be returned to him
by the court.

                    For the Court--By Direction

                    /s/ Patricia S. Connor, Clerk